428 A.2d 244

Viso, Executor and Trustee, etc., Appellant v. Adelman et al.

Argued March 19, 1980. Pershing N. Calabro, for appellant; Robert S. Cohen, for Mangraviti, Ziss, et ux., and Lichtman et ux., appellees; David Shotel for Sarah and William Gruber, appellees; Joseph L. DiToma, for Cannizzaro et ux., appellees.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

June 20, 1980.

428 A.2d 244

Bair et ux. v. Hearn, Appellant.

Argued December 3, 1979. John B. Mancke, for appellant; Timothy J. O'Connell, submitted a brief on behalf of appellee.

Before HESTER, MONTGOMERY and CIRILLO, JJ.*

Order of the court below affirmed.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.